AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

AMERICAN DELI INTERNATIONAL, INC.

*Plaintiff(s)*

v.

AMERICAN WINGS 2, LLC

*Defendant(s)*

Civil Action No. 3:23-cv-186-DPJ-FKB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AMERICAN WINGS 2, LLC
c/o Mohammed Abdo Ali, Registered Agent
204 S. Lewis Ave.
Philadelphia, MS 39350

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: March 14, 2023

*Signature of Clerk or Deputy Clerk*